IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CALVIN D. CLEVELAND, :

    Plaintiff, :

vs. :

                                    CIVIL ACTION 07-0760-M

MICHAEL J. ASTRUE, :
Acting Commissioner of
Social Security, :

    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Calvin D. Cleveland and against Defendant Michael J. Astrue.

DONE this 29th day of April, 2008.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE